UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUZETTE SECONDI,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC. and
EGS FINANCIAL CARE, INC.,

    Defendants.
_____/

Case No. 1:22-cv-37

HONORABLE PAUL L. MALONEY

**ORDER DISMISSING MOTION TO DISMISS AS MOOT**

Pending before the Court is Defendant EGS Financial Care, Inc motion to dismiss (ECF No. 14). On May 5, 2022, Plaintiff and EGS filed a stipulation to dismiss the claims against EGS (ECF No. 24).  Therefore,

**IT IS HEREBY ORDERED** that the motion to dismiss (ECF No. 14) is DISMISSED AS MOOT.

Dated:  May 10, 2022

  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge